# EXHIBIT 7

# EXHIBIT 7

## COPYRIGHT ASSIGNMENT

This Copyright Assignment is made effective as of February 2̶8̶, 2010 by Stephens Media LLC, a Nevada limited-liability company ("Assignor").

In consideration of monetary commitments and commitments to services to be provided and/or already provided by Right*haven* LLC, a Nevada limited-liability company ("Right*haven*"), to Assignor and for other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, Assignor hereby transfers, vests and assigns the work described in Exhibit A, attached hereto and incorporated herein by this reference (the "Work"), to Right*haven*, subject to Assignor's rights of reversion, all copyrights requisite to have Right*haven* recognized as the copyright owner of the Work for purposes of Right*haven* being able to claim ownership as well as the right to seek redress for past, present and future infringements of the copyright in and to the Work.

**IN WITNESS WHEREOF,** Assignor hereby executes this Assignment on this 2̶8̶ day of February, 2010.

STEPHENS MEDIA LLC

By: _____
Name: Mark Hinueber, Esq.
Title: Vice-President/General Counsel

STATE OF NEVADA
COUNTY OF CLARK

Subscribed and sworn to before me by Mark Hinueber, Esq. this /2̶ day of ~~February~~ *March*, 2010.

_____
Notary Public

JANET E. MILES
Notary Public State of Nevada
No. 09-8939-1
My appt. exp. Nov. 13, 2012

0001503

## EXHIBIT A

Marijuana as medicine. Work made for hire by Corey Levitan. Original publication: August 30, 2009, *Las Vegas Review-Journal* and www.lvrj.com.

eviewjournal.com -- Search                          http://nl.newsbank.com/nl-search/we/Archives?p_action=print



August 30, 2009
Copyright © Las Vegas Review-Journal

## Marijuana as Medicine

Corey Levitan

By COREY LEVITAN

LAS VEGAS REVIEW-JOURNAL

The debate over the legalization of **marijuana** in Nevada overlooks one significant detail: It's already legal.

An estimated 1,530 Nevadans have obtained permission to lawfully possess and use pot since NRS-453A was signed into law in 2001, according to the Nevada State Health Division. (Nevada is one of 13 states with **a** medical **marijuana** program.)

But **a** medical **marijuana** card does not read: "Get Out of Jail Free." Medical **marijuana** can never legally be purchased, or smoked in **a** public place. It must be grown and inhaled (or ingested via baked goods) at the cardholder's residence.

The process begins with **a** written request and $50 check sent to the state Health Division in Carson City. This gets prospective patients an application and **a** physician's statement that must be taken to **a** doctor willing to recommend **marijuana**. (According to FDA guidelines, it's **a** Schedule 1 drug, which makes it illegal to prescribe.)

The legal conditions recognized by Nevada to medicate with **marijuana** are restricted to AIDS, cancer, glaucoma, weight loss, severe nausea, severe pain, seizures and persistent muscle spasms. (Each has **a** box on the form for the physician to check.)

If the application is approved by the Health Division, patients then pay **a** further $150 processing fee, which covers **a** background check for the one crime that will get them rejected: selling, or intending to sell, **a** controlled substance.

After fingerprinting, notary public and Department of Motor Vehicles fees of about $20 each, the DMV issues **a** card good for one year. (The card must be renewed annually for another $150 fee and signed physician's statement.)

The trickiest part is finding **a** doctor. Most will not sign off on the card, according to Bruce Mirken, spokesman for the Washington, D.C.-based **Marijuana** Policy Project advocacy group.

Las Vegas ophthalmologist Dr. Kent Wellish, director of the Wellish Vision Institute, and oncologist Dr. Paul Michaels of the Comprehensive Cancer Centers of Nevada have never signed off - although both are occasionally asked.

Wellish said laser treatment and the eyedrops Xalatan, Lumigan and Travatan are much more effective for glaucoma.

"For **marijuana** to work, the patient would have to be stoned around the clock," he said. "When you're not stoned, the pressure goes back up, and that's when damage occurs to the optic nerve."

Michaels prefers Zofran and Compazine for the short-term nausea associated with chemotherapy. (He said that **marijuana** has "no effect whatsoever" on cancer pain.)

Michaels has prescribed **marijuana** to five of his chemo patients with long-term nausea, but only in the form of Marinol pills, which concentrate the drug's active ingredient, THC, and do not require **a** medical **marijuana** card.

"**Marijuana** inhalation or baking is not **a** good idea," Michaels said. "Funguses and bacteria grow on plants very easily, and sometimes you don't kill them with heat. And the immune system of chemo patients is shot, so they're more susceptible."

Difficulty finding **a** doctor is why advertisements for medical **marijuana** appear in the back of Nevada's alternative weeklies.

"We stand behind you and your right to choose alternative **medicine**," read **a** recent CityLife ad from the Hemp and Cannabis Foundation. An ad on the same page from DrReefer.com announced: "Get legal today!"

These companies - which charge $200 to $300 on top of the required fees - promise to refer patients to sympathetic physicians such **as** Dr. Rabia Ahmed, who practices at the Hemp and Cannabis Foundation's clinic at 10161 Park Run Drive. (Ahmed would not respond to the Review-Journal's request for an interview.)

Ivan Goldsmith, an internal **medicine** physician who operates three valley medical centers, said he has recommended **marijuana** for all six of the customers referred to him by DrReefer.com.

"They all qualified and have appropriate radiographic or medical records to justify the recommendation," he said.

Goldsmith calls **marijuana** "highly effective" and said that studies back him up.

"The research is now catching up that the cannabinoid system is very important in **a** lot of body functions," he said. "They're finding that if you stimulate the cannabinoid system, you can block neuropathic pain."

When asked to respond to the opinions of Drs. Wellish and Michaels, Goldsmith said doctors frequently disagree on diagnoses, and that all safe options should always be available for them to try.

Once Nevadans receive their cards, one step remains. Unlike California, Colorado, New Mexico and Rhode Island - which permit convenient medical **marijuana** dispensaries - Nevada requires that patients grow their own. The law limits each cardholder to seven plants on his or her own property: three mature and four immature. Another Nevada resident can be designated to grow for **a** **marijuana** cardholder, but that grower must obtain **a** card, too.

The difficulty of growing one's own **marijuana** transcends the plant's finicky light, heat and moisture requirements. It happens to be illegal to sell seeds in the United States. (Not even DrReefer.com or the Hemp and Cannabis Foundation offer to help with this problem.)

The only legal ways for cardholders in Nevada to begin growing, according to Metropolitan Police Department public information officer Barbara Morgan, are to purchase an ounce or less of seeds from another country via the Internet, or to obtain seeds or **a** cutting from another plant, for free, from another cardholder.

Once cardholders meet all the above requirements, police officers cannot detain them for any suspicious green baggie found during **a** routine traffic stop - **as** long **as** that baggie weighs less

than an ounce and the motorist doesn't appear under its influence.

"I wouldn't be surprised if it happens quite often," Morgan said.

Even if patients don't have their cards on them, they're not arrested, because the DMV notes their existence in its computer record.

This begs the question of how many, if any, medical **marijuana** patients are actually illegal drug users who exaggerate or fake medical symptoms to get impunity for their habit.

"Every medication has potential for abuse," Goldsmith said. "But **a** patient can easily go on the street, buy the **marijuana** and not seek medical evaluation. So if he has enough moxie to come in and want to do it through legal channels, you have to respect that."

When asked for her take, officer Morgan replied: "All we do is enforce the law. We can't personally have our opinions."

Contact reporter Corey Levitan at clevitan@reviewjournal.com or 702-383-0456.

# EXHIBIT 8

# EXHIBIT 8

## COPYRIGHT ASSIGNMENT

This Copyright Assignment is made effective as of March 24, 2010 by Stephens Media LLC, a Nevada limited-liability company ("Assignor").

In consideration of monetary commitments and commitments to services to be provided and/or already provided by Right*haven* LLC, a Nevada limited-liability company ("Right*haven*"), to Assignor and for other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, Assignor hereby transfers, vests and assigns the work described in Exhibit A, attached hereto and incorporated herein by this reference (the "Work"), to Right*haven*, subject to Assignor's rights of reversion, all copyrights requisite to have Right*haven* recognized as the copyright owner of the Work for purposes of Right*haven* being able to claim ownership as well as the right to seek redress for past, present and future infringements of the copyright in and to the Work.

**IN WITNESS WHEREOF**, Assignor hereby executes this Assignment on this 24 day of March, 2010.

STEPHENS MEDIA LLC

By: _____

Name: Mark Hinueber
Title: Vice-President/General Counsel

STATE OF NEVADA
COUNTY OF CLARK

Subscribed and sworn to before me by Mark Hinueber this 24th day of March, 2010.

_____
Notary Public

> JANET E. MILES
> Notary Public State of Nevada
> No. 09-8939-1
> My appt. exp. Nov. 13, 2012

0001544

**EXHIBIT A**

March to book begins.  Work made for hire by Matt Youmans.  Originally published March 18, 2010, *Las Vegas Review-Journal* and www.lvrj.com.

0001544-A

Las Vegas News, Sports, Business, Entertainment and Classifieds

Subscribe or Manage your account | E-mail / mobile alerts | Log into the e-Editii

Thursday
Mar 18, 2010

Discount Cigarettes

Search [          ] B

HOME   NEWS   SPORTS   BUSINESS   LIVING   ENTERTAINMENT   TRAVEL   OPINION   OBITUARIES        JOBS   AUTOS   HOMES   CLASSIFIEDS & ADS

## Kiva Microfinance
"Loans that Change Lives." Make a Difference and Lend Today!
www.kiva.org

Public Service Ads by Google

RECENT EDITIONS
Fri  Sat Sun Mon Tue Wed Thu

Sports

🖫 SAVE THIS   ✉ EMAIL THIS   🖶 PRINT THIS   ☆ MOST POPULAR   📶 RSS FEEDS   💬 POST A COMMENT

Mar. 18, 2010
Copyright © Las Vegas Review-Journal

# NCAA TOURNAMENT FANTASY CHALLENGE: March to book begins

## NCAA tourney betting frenzy tops even Super Bowl

By MATT YOUMANS                              LAS VEGAS REVIEW-JOURNAL



i MORE INFO
• NCAA Tournament



Adam Hill, Review-Journal

Mal Van Valkenburg, Review-Journal

Matt Youmans, Review-Journal

Even if the sun is bright and the weather is warm today, don't expect to see many guys at the pool checking out girls in bikinis. There's a time for that, and it's not the middle of March.

The only place to be is in dark, smoky sports books watching basketball. Get there early, sweat out the games, and stay late. In terms of betting events, nothing tops the NCAA Tournament.

The Super Bowl is equally hyped, but it's one game and hundreds of proposition bets. This head-spinning basketball tournament features 32 games in just the first two days.

After that, we get to watch another 48 hours -- and not the movie with Eddie Murphy and Nick Nolte. By Sunday night, 48 games will be in the books. It's a wagering party that seemingly never ends.

"The first four days is as good as it gets," said Jimmy Vaccaro, director of operations for Lucky's sports books. "The best thing about it is the anticipation. There are so many games, and they come at you so fast. It keeps your mind moving. I think what the average guy bets eight to 12 tickets day."

Vaccaro said comparing the Super Bowl to the NCAA Tournament is "not even close." He prefers the thrills of this weekend.

MGM Mirage sports book director Jay Rood echoed that sentiment, saying, "I enjoy the Super Bowl, but it comes and it goes so quick. The handle for the two events is probably very similar. But this is a much more entertaining time for me. The crowds really get into it."

A struggling economy has curbed Super Bowl wagering the past two years, but Las Vegas casinos have reasons for enthusiasm this weekend. The NCAA Tournament will boost business before baseball, LeBron and Kobe, horse racing, NASCAR and Tiger Woods try to fill the four months leading to the return of the NFL.

Can Old Dominion knock off Notre Dame? Can Brigham Young finally win a first-round game?

Do you prefer favorites or underdogs? There is no obvious advantage either way. Over the past nine NCAA tourneys, the favorite-'dog battle was split 141-141-5 against the spread in first-round games.

"What you're starting to see, and you've seen the last few years, is there aren't



ROLL OVER FOR BIG SAVINGS!   STATION CASINO ONLINE EXCLUSIVE

SAVE UP TO 40%
Book 61+ DAYS in advance and   BOOK NOW ►

8-20 DAYS
0-7 DAYS



**Most Popular Stories**
• So you think you can dance?
• Kruger responds fittingly for tournaments or politics
• Rebels size up challenge
• Hiatus boosts odds on Tiger
• Obama likes Kansas teams in Final Four
• Starting quarterback, offensive schema in question for UNLV
• THURSDAY'S NCAA TOURNAMENT CAPSULES
• Andre, Pete not stingy with insults
• World press weighs in on Woods' return at Masters
• March to book begins



MULTIMEDIA 🔊


Body Found in Ala. Golf Pond Is Missing Lawyer
▶ Play


Crews Shore Up Fargo Against Red River
▶ Play


Obama Spars With Fox News on Health Reform
▶ Play

### Solar Energy Charity

Helping Relieve Poverty Though The Provision of Solar Energy. Join Us!

Public Service Ads by Google

PLAY NOW



John Kelly, EOG.com



Bruce Marshall, The Gold
Sheet





Paul Stone,
VegasSportsAuthority.com

any line moves," Vaccaro said. "The numbers are right. Has a game moved more than a point or 1½? I don't think so."

A selection committee of six handicappers offers best bets for the first round:

TODAY

▪ Robert Morris (+18½) over Villanova: Scottie Reynolds is an outstanding backcourt leader, but the Wildcats have not looked good lately while going 3-8 against the spread in February and March. The committee gave them a gift as a No. 2 seed, which came from their reputation more than their recent performance. Not much is known about Robert Morris, but this play is strictly against Villanova. Take this huge number against a team that has not played up to its capability in more than a month. -- Doug Fitz, Systemplays.com

▪ Vanderbilt (-3) over Murray State: Vanderbilt is poised to make amends for its disappointing first-round loss to Siena two years ago. Jermaine Beal and A.J. Ogilvy are the leaders of the Commodores, who are 6-2 in eight games against teams in the NCAA field. Both losses were to No. 1 seed Kentucky. Murray State (30-4) has had an excellent year, but it ends against a superior Vandy squad that has several big bodies and a big-time athletic forward in Jeffery Taylor. This number is way too short. -- Brian Edwards, VegasInsider.com

▪ Butler (-2½) over Texas-El Paso: The Bulldogs' 20-game winning streak is the longest in the nation. Randy Culpepper is a high-scoring outside threat for UTEP, and burly Derrick Caracter is an inside force. But Butler is a disciplined and talented team led by Gordon Hayward, one of the nation's most versatile players. -- Mike Scalleat, Ecappermall.com

▪ Northern Iowa-UNLV (Over 114): This might not be a pretty game to watch, but take advantage of this low total set by the oddsmaker. For "under" players to cash a ticket, they will have to catch every break. Rebels coach Lon Kruger has had time to prepare for Northern Iowa's zone defense, and Kruger will try to speed up the play on offense. Both teams play physical defense, so there could be several fouls called. There's also no tomorrow for the loser, meaning we could see a scoring surge at the end of the game. Look for both teams to score 60-plus points. -- Charlie Scott, CharlieScottSports.com

FRIDAY

▪ Siena (+4½) over Purdue: The Boilermakers have not been the same team since forward Robbie Hummel suffered a season-ending knee injury at Minnesota on Feb. 24. The low point came in the Big Ten tournament semifinals, when Purdue scored 11 points in the first half of a 69-42 loss to the Gophers. This is Siena's third straight trip to the tournament. The Saints knocked off Vanderbilt and Ohio State the past two years in the first round. Add a shaky Purdue team to the list. -- Barry Holthaus, VegasInsider.com

▪ California (+1) over Louisville: The Golden Bears rank third in the nation in offensive efficiency. They shoot the 3-pointer well at 37.3 percent and defend it well at 32.1 percent. Louisville relies heavily on the 3-pointer (40 percent of all shots) and is weak against opponents' offensive rebounding. Cardinals big man Samardo Samuels is inconsistent and prone to foul trouble. Cal senior forward Theo Robertson missed some early games, which resulted in three losses. I look for the Bears' outside shooting to prevail. -- Jim Kruger, Vegassportsauthority.com

Contact reporter Matt Youmans at myoumans@reviewjournal.com or 702-3872907.

Sponsored Links

Lose Weight Today!
OBEY this One Rule - Easy 3-Step Plan. Trial
Offer Ends Today!

Mortgage Rate 4.00% FIXED
$200,000 loan for $771/month. See New
Payment - No SSN Rqd. Save Now!

I Had High Blood Pressure
Now it's down to 120/75. Find out how I did it
without drugs

---

## NCAA TOURNAMENT FANTASY CHALLENGE

Three Review-Journal sports department members and three professional handicappers have been given $2,000 fantasy bankrolls to bet during the NCAA Tournament — two picks per day of either sides, totals or one of each. Below are their bets for Thursday, with a brief explanation of their picks:

**Adam Hill, Review-Journal**
**Bankroll:** $2,000 Today: Betting $253
**Today's plays**
**Bet 1:** $165 on Tennessee -3 over San Diego State Comment: Expect the Aztecs, who made a very long trip, to struggle against the pressure defense of the Volunteers.
**Bet 2:** $88 on Vanderbilt-Murray State over 140 Comment: Both teams score nearly 80 points per game and shoot good percentages from the field, free-throw line and 3-point line.

**Mal Van Valkenburg, Review-Journal**
**Bankroll:** $2,000 Today: Betting $220
**Today's plays**
**Bet 1:** $110 on Sam Houston State-Baylor over 150 Comment: Both teams like to push the tempo, and Sam Houston State gave up more than 90 points in each of its last two losses.
**Bet 2:** $110 on Richmond -2 over Saint Mary's Comment: The Spiders could be an undervalued team in the tournament and a threat to reach the Sweet 16.

**Matt Youmans, Review-Journal**
**Bankroll:** $2,000 Today: Betting $275
**Today's plays**
**Bet 1:** $165 on Montana +9 over New Mexico
**Comment:** The Lobos barely dodged two upset attempts by Air Force. Explosive guard Anthony Johnson should keep the Grizzlies close.
**Bet 2:** $110 on Notre Dame -2 over Old DominionComment: The Irish went 6-1 down the stretch, losing to West Virginia by two points in the Big East tournament semifinals.

**John Kelly, EOG.com**
**Bankroll:** $2,000 Today: Betting $550
**Today's plays**
**Bet 1:** $275 on Robert Morris +18 over VillanovaComment: The Colonials should control the tempo against a Villanova team

that has lost five of its past seven.
**Bet 2:** $275 on Marquette -1 over WashingtonComment: Go with the Big East over the Pac-10, and Marquette's Buzz Williams has a huge coaching edge over Lorenzo Romar.

**Bruce Marshall, The Gold Sheet**
**Bankroll:** $2,000 Today: Betting $440
**Today's plays**
**Bet 1:** $220 on Old Dominion-Notre Dame under 122Comment: The Irish were a consistent "under" (seven straight) the past few weeks since coach Mike Brey slowed the pace. ODU allows 57 points per game, fifth lowest in the nation.
**Bet 2:** $220 on Vanderbilt -3 over Murray StateComment: Vandy doesn't mind playing away from home with wins at Saint Mary's, Tennessee, South Carolina, Florida, Alabama and Arkansas. A.J. Ogilvy will be a handful for the smaller Racers.

**Paul Stone, VegasSportsAuthority.com**
**Bankroll:** $2,000 Today: Betting $550
**Today's plays**
**Bet 1:** $330 on Vanderbilt -3 over Murray State
**Comment:** After losing to Cal in its season opener, Murray State did not play another NCAA Tournament team. Vandy was 6-2 against tourney qualifiers.
**Bet 2:** $220 on Notre Dame -2 over Old DominionComment: With their Big East pedigree and a healthy Luke Harangody, the Fighting Irish are battle tested and a solid choice to win this matchup.

---

RELATED TOPICS    **Share & Save**

Betting
Las Vegas Review-Journal
Matt Youmans
NCAA Basketball
Tournament



**Sponsored Links**

**Lose Weight Today!**
OBEY this One Rule - Easy 3-Step Plan. Trial Offer Ends Today!

**Mortgage Rate 4.00% FIXED**
$200,000 loan for $771/month. See New Payment - No SSN Rqd. Save Now!

**Penny Stock Analysis**
Get The Latest Penny Stock Info Before You Invest!

**Solar Stock Pick - EVSO**
Emerging Green Energy Co. Growth Stock Investment

Buy a link here

## Leave Your Comment                                    0 Reader Comments

**Terms & Conditions**
The following comments are provided by readers and are the sole responsibility of the authors. The reviewjournal.com does not review comments before publication nor guarantee their accuracy. By publishing a comment here you agree to abide by the comment policy. If you see a comment that violates the policy, please notify the web editor.

Some comments may not display immediately due to an automatic filter. These comments will be reviewed within 48 hours.
**Please do not submit a comment more than once.**

---

**Name:**
[_____]

**Email:**
[_____]

**COMMENTS :**
(word count limit is 300)
[                    ]

Current Word Count: [0]

[Post Comment]

Note: Comments made by reporters and editors of the Las Vegas Review-Journal are presented with a yellow background.

SUBSCRIBE NOW    REVIEW-JOURNAL

• Contact the R-J            • Subscribe                  • Report a delivery problem      • Put the paper on hold    • Advertise with us
• Report a news tip/press release  • Send a letter to the editor  • Print announcement forms      • Jobs at the R-J          • Stephens Media, LLC
• Privacy Statement          • RSS                        • Twitter                        • Facebook

Copyright © Las Vegas Review-Journal, 1997 - 2010

Feedback

# EXHIBIT 9

# EXHIBIT 9

## COPYRIGHT ASSIGNMENT

This Copyright Assignment is made effective as of March **25** , 2010 by Stephens Media LLC, a Nevada limited-liability company ("Assignor").

In consideration of monetary commitments and commitments to services to be provided and/or already provided by Right*haven* LLC, a Nevada limited-liability company ("Right*haven*"), to Assignor and for other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, Assignor hereby transfers, vests and assigns the work described in Exhibit A, attached hereto and incorporated herein by this reference (the "Work"), to Right*haven*, subject to Assignor's rights of reversion, all copyrights requisite to have Right*haven* recognized as the copyright owner of the Work for purposes of Right*haven* being able to claim ownership as well as the right to seek redress for past, present and future infringements of the copyright in and to the Work.

**IN WITNESS WHEREOF**, Assignor hereby executes this Assignment on this **25** day of March, 2010.

STEPHENS MEDIA LLC

By: _____

Name: Mark Hinueber

Title: Vice-President/General Counsel

STATE OF NEVADA
COUNTY OF CLARK

Subscribed and sworn to before me by Mark Hinueber this _25TH_ day of March, 2010.

_____
Notary Public

JANET E. MILES
Notary Public State of Nevada
No. 09-8939-1
My appt. exp. Nov. 13, 2012

0001567

# EXHIBIT A

Commissioners grant special use permit, variance for Spring Valley wind farm. Work made for hire by Patrick Timothy Mullikin. Originally published January 20, 2010, *The Ely Times* and www.elynews.com.

The Ely Times - elynews.com :: News: Commissioners grant special use permit, variance ...   Page 1 of 3



ADVERTISEMENT



Current Weather
53
forecast...

Classifieds  Business Directory  Announcements  Message Board
Home  News  Lifestyle  Sports  Opinion  Obituaries

Search [Go]
Advanced Search

Print this story | Email this story | RSS Feeds

Published on Wednesday, January 20, 2010

## Commissioners grant special use permit, variance for Spring Valley wind farm

By Patrick Timothy Mullikin
Ely Times Reporter

It's still up in the air.



ADVERTISEMENT

### In This Edition

- Out of ammo and wounded, Jackson helped
- Fire & Ice Festival lights up Cave Lake
- Bobcat wrestlers finish 3rd at Alamo
- As We See It - Send a posse to Washington

### This Week's Cartoon



- Cartoon Archive

### About Us

- About Ely News
- Contact Information

The White Pine County Commission at its Jan. 13 meeting granted the Houston, Texas-based, Spring Valley Wind Project a special use permit and variance to construct a wind generation facility.

The Spring Valley wind farm is designed to generate 1.51.8- megawatts of electrical power on about 8,565 acres of BLM land in Spring Valley.

The project has been on the drawing board since 2003.

George Hardy, senior developer with Pattern Energy Group LP, majority owner of Spring Valley Wind LLC, addressing the commission, said the project represents the first commercial large-scale wind project in the state, one that will benefit the state and the region. Hardy also said his firm wants to be good members of the community.

His claim was put to test by Richard W. Sears, speaking as a private property owner in Spring Valley and not as White Pine County District Attorney.

The height of those wind



towers - roughly 450 feet - has soon-to-be homeowner Sears concerned about how the towers will affect his and his neighbor's views.

"I have plans on building a home just south of those towers." Sears said.

"I expect that my house will be within three of four miles of that wind-energy project." The towers, he said, are going to be a visual nuisance, and he hopes Pattern Energy Group LP, the majority owner of Spring Valley Wind LLC, will take some steps to mitigate the towers' affects on his view.

What Sears has in mind are trees.

"If you planted trees within the project, that's not going to help because the towers are too tall. But if you allow some planting close to the residences, I think that would be an appropriate mitigation."

If the project is approved (the commission's latest action removes another hurdle), construction could begin this fall, and the wind farm could be operational by fall 2011, according to Pattern. The



Your Ideas Count!

Click here to join our Ely Community Forums

elyVIEW.com

ADVERTISEMENT

project is expected to create 150-200 jobs during the construction phase and 10-12 permanent maintenance jobs.

In other business, the commissioners heard from:

-- County Fire Chief David Hendrix who reported his department responded to 235 incidents in 2009.

-- Mark Bechtel, assistant superintendent, who thanked the commissioners for their support in his school's effort to build new facility near the high school. "The middle school we have is a beloved icon in the city. But it does not meet ADA requirements. There are heating issues. There are lighting issues." Bechtel said it would be cheaper to build a new school than to renovate the aging middle school.

-- Kerry Sprouse, public works director, revisited the idea of funding a new judicial/public safety complex, saying that in the meantime his department has been trying to tighten security issues at the White Pine County Courthouse.

-- Dan Nelson, Cooperative Extension Service, who spoke about Radon Awareness Month in White Pine County. The Commissioners voted to proclaim January 2010 as Radon Awareness Month.

-- Liz Towney, Bureau of Land Management who updated the Commissioners on the South Steptoe Valley Transportation Plan.

Commissioners also approved:

-- The energy efficiency and conservation strategy required by the Department of Energy, Energy Efficiency Block Grant.

-- Ron Williams request to trade a 1979 Dodge Truck to Reck Brothers, LLC, for additional contract services at the airport.

-- An Inter-Local Agreement between White Pine County and McGill Town Council Regarding Operation and Maintenance of McGill Senior/Community Center

-- The resignations of Virginia Denton and Gayle Ensign from the Industrial Park Review Board.

The next meeting of the White Pine County Commission is scheduled to be held Jan. 27

## Leave Your Comment                    [simpleblog:count::::checksum:::1:asc]

**Terms & Conditions**
The following comments are provided by readers and are the sole responsibility of the authors. The Ely Times does not review comments before publication nor guarantee their accuracy. By publishing a comment here you agree to abide by the comment policy. If you see a comment that violates the policy, please notify the web editor.

*Sorry, comments have been closed.*

Home   News   Lifestyle   Sports   Opinion   Cartoons   Obituaries   Announcements   Photos of the Week   Pinenut
Message Board   Classifieds   Real Estate   Business Directory   Weather   RSS   About Us

Copyright © 2010, The Ely Times
Stephens Media, LLC