# EXHIBIT 1

# EXHIBIT 1

RIGHT*HAVEN* LLC
CONQUISTADOR BUSINESS PARK
9960 WEST CHEYENNE AVENUE, SUITE 210
LAS VEGAS, NEVADA 89129
TELEPHONE 702.527.5900     FACSIMILE 702.527.5909

*Writer's Electronic Mail:*
ccoons@righthaven.com

July 16, 2010

*Via Certified U.S. Mail, Facsimile, and Electronic Mail*

Shezad Malik, Esq.
Louis Stefanos, Esq.
175 Miron Drive
Southlake, Texas 76092
(888) 210-9693 – office
(888) 210-9693 – facsimile
drmalik@shezadmalik.com
louis@shezadmalik.com

*Re: Righthaven LLC v. Dr. Shezad Malik Law Firm P.C., Case No.: 2:10-cv-0636-RLH-RJJ*

Dear Counsel:

    Please find attached a Plaintiff's Motion for Sanctions Pursuant to Rule 11 of the Federal Rules of Civil Procedure (the "Motion for Sanctions"). Righthaven hereby requests a withdrawal of the argument that Righthaven lacks standing to sue for copyright infringement, as presented in your Motion to Dismiss.

    Righthaven will file the attached Motion for Sanctions with the Court on the twenty-first (21) day, following service of the same, unless you withdraw the standing argument from your Motion to Dismiss. If you believe that service of this Motion for Sanctions has been effectuated any day other than today, July 16, 2010, please advise Righthaven of your proposed effective service date.

                                   Best regards,

                                   RIGHT*HAVEN* LLC

                                   /s/
                                   J. Charles Coons
                                   *Assistant General Counsel*

Enclosures (2)

# EXHIBIT 2

# EXHIBIT 2

RIGHT*HAVEN* LLC
CONQUISTADOR BUSINESS PARK
9960 WEST CHEYENNE AVENUE, SUITE 210
LAS VEGAS, NEVADA 89129
TELEPHONE 702.527.5900    FACSIMILE 702.527.5909

*Writer's Electronic Mail:*
ccoons@righthaven.com

August 12, 2010

*Via Electronic Mail, Facsimile, and U.S. Mail*

Shezad Malik, Esq.
Louis Stefanos, Esq.
175 Miron Drive
Southlake, Texas 76092
(888) 210-9693 – office
(888) 210-9693 – facsimile
drmalik@shezadmalik.com
louis@shezadmalik.com

**Re:** *Plaintiff Motion for Sanctions in Righthaven LLC v. Dr. Shezad Malik Law Firm P.C., Case No.: 2:10-cv-0636-RLH-RJJ.*

Dear Dr. Malik and Mr. Stefanos:

    On July 16, 2010 you were served with Plaintiff's Motion for Sanctions Pursuant to Rule 11 of the Federal Rules of Civil Procedure (the "Motion for Sanctions"). Since the date of service, you, and your firm, have failed to address the Motion for Sanctions by filing a retraction of your standing argument with the Court. As of August 9, 2010, the twenty-one (21) day interval set forth in Rule 11 elapsed. Consequently, Righthaven can now file the Motion for Sanction with the Court at our convenience.

    However, on August 10, 2010, Dr. Malik made an affirmative commitment to retract the standing argument from the Defendant's Motion to Dismiss. Righthaven is willing to further delay filing the Motion for Sanctions for yet another day to allow you, and your firm, to retract the standing argument from Defendant's Motion to Dismiss via a notice filed with the Court. If you, and your firm, do not file a retraction of the standing argument by Friday, August 13, 2010 at 3:00pm PDT, Righthaven will file the Motion of Sanctions immediately thereafter.

                                          Best regards,

                                          RIGHT*HAVEN* LLC

                                          /s/
                                          J. Charles Coons
                                          *Assistant General Counsel*

R<small>IGHT</small>*HAVEN*  LLC

Shezad Malik, Esq. & Louis Stefanos, Esq.
August 12, 2010
Page 2

Enclosures (0)

cc: SAG; JCC; SGG