1   Jonathan W. Fountain
    Nevada Bar No. 10351
2   LEWIS AND ROCA LLP
    3993 Howard Hughes Parkway
3   Suite 600
    Las Vegas, Nevada 89169-5596
4   (702) 949-8200 (Tel.)
    (702) 949-8398 (Fax)
5
    Attorneys for Defendant
6

7

8                    UNITED STATES DISTRICT COURT

9                        DISTRICT OF NEVADA

10

11  RIGHTHAVEN LLC, a Nevada limited-        Case No.: 2:10-cv-00636-RLH-RJJ
    liability company,
12                                           **STIPULATION AND
                                             ORDER FOR DISMISSAL WITH
13              Plaintiff,                    PREJUDICE AND WITHOUT
                                             ATTORNEY FEES OR COSTS
14  v.                                       AWARDED TO ANY PARTY**

15  DR. SHEZAD MALIK LAW FIRM P.C., a
    Texas Domestic for-profit corporation,
16

17              Defendant.

18

19

20

21

22

23

24

25

26

27

28


                                 1

1

**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE**
**AND WITHOUT ATTORNEY FEES OR COSTS AWARDED TO ANY PARTY**

2

3    Plaintiff, Righthaven LLC ("Righthaven") and Defendant Dr. Shezad Malik Law Firm

4    P.C. ("Malik"), by and through their attorneys of record, hereby stipulate to dismiss this action

5    with prejudice and without attorney fees or costs awarded to any party.

6    **IT IS SO STIPULATED:**

7

8    RIGHTHAVEN LLC                                    LEWIS AND ROCA LLP

9    By: _____                       By: _____

10   J. Charles Coons, Esq.                            Jonathan W. Fountain, Esq.
     9660 West Cheyenne Avenue, Suite 210              3993 Howard Hughes Parkway, Suite 600
11   Las Vegas, Nevada 89129-7701                      Las Vegas, Nevada 89169-5996

12

     Attorneys for Plaintiff                           Attorneys for Defendant
13

14          Dated: October 21, 2010

15                                                     **IT IS SO ORDERED:**

16

17                                                     _____
                                                       UNITED STATES DISTRICT JUDGE
18

19                                                     Dated: _____ November 1, 2010 _____

20

21

22

23

24

25

26

27

28

2